PS:DAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**12 M 434**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

HAFIZ FAISAL SOHAIL,

        Defendant.

- - - - - - - - - - - - - - - - -X

C O M P L A I N T

(31 U.S.C. § 5332)

EASTERN DISTRICT OF NEW YORK, SS:

        PATRICIA PLIVA, being duly sworn, deposes and states that she is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

        Upon information and belief, on or about May 1, 2012, within the Eastern District of New York, the defendant HAFIZ FAISAL SOHAIL did knowingly and with the intent to evade the currency reporting requirements under Title 31, United States Code, Sections 5316(a)(1)(A) and 5316(b), conceal more than $10,000 in currency and other monetary instruments, to wit, approximately $69,643 in United States currency, on his person and in articles of luggage and other containers, and transport and transfer and attempt to transport and transfer such currency

and monetary instruments from a place within the United States to a place outside of the United States.

(Title 31, United States Code, Section 5332)

The source of your deponent's information and the grounds for her belief are as follows:[1]

1.  Your deponent has been a special agent with HSI since June 2006. I am familiar with the facts contained in this affidavit as a result of my participation in the investigation of the bulk cash smuggling discussed in this affidavit, which includes, but is not limited to, my review of the file and conversations with other law enforcement personnel assisting with the investigation.

2.  On or about May 1, 2012, defendant HAFIZ FAISAL SOHAIL, a citizen of the United States, attempted to board Pakistan Airlines flight 722 to Lahore, Pakistan, departing from John F. Kennedy International Airport in Queens, New York. As the defendant proceeded along the jetway, he was selected for an enforcement examination. Officers from Customs and Border Protection ("CBP") informed the defendant of the currency reporting regulations in the United States, and presented a customs form ("Form 0207-0909") for the defendant to read.

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest the defendant, I have not included details of every aspect of this investigation.

3

3. After the defendant HAFIZ FAISAL SOHAIL finished reading the customs form, CBP officers asked him to declare all of the currency that he was transporting for himself and for any other person. CBP officers also informed the defendant that he was required to declare all currency that the defendant was carrying in checked luggage and carry-on luggage, whether in the form of cash, checks, money orders or other negotiable instruments.

4. The defendant HAFIZ FAISAL SOHAIL stated to CBP officers that he understood the requirements, and that he was transporting $7,500 in United States currency, which he indicated in writing on the Form 0207-0909. The defendant was then asked two more times whether he was carrying additional currency and specifically advised that it was lawful to carry currency in excess of $10,000 as long as such currency was reported. The defendant continued to deny that he had additional currency.

5. The defendant HAFIZ FAISAL SOHAIL was then escorted to a private area for an enforcement examination with respect to his luggage. The defendant at that point removed from a fanny pack attached to his waist $15,800 in U.S. currency. The defendant stated that he was not carrying any additional currency. Examination of a green backpack carried by the defendant revealed that it contained additional currency. In total, CBP officers recovered $69,643 from the defendant's fanny pack and backpack.

6. The defendant was advised of his <u>Miranda</u> rights, which he agreed to waive. The defendant was advised that one of the interviewing agents was an Urdu-speaker and available to translate should the defendant have any difficulty understanding questions asked of him in English. The defendant indicated that he understood and wished to proceed in English. The defendant thereafter admitted in substance and in part that he had knowingly lied when he told CBP officers that he was not carrying more than $10,000 in U.S. currency.

WHEREFORE, your deponent respectfully requests that the defendant HAFIZ FAISAL SOHAIL be dealt with according to law.

*Patricia Pliva*
PATRICIA PLIVA
Special Agent
Homeland Security
Investigations

Sworn to before me this
2nd day of May, 2012

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK